IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | HON. JEROME B. SIMANDLE |
| v. | Criminal No. 10-730 (JBS) |
| GEORGE J. DILWORTH, | **ORDER** |
| Defendant. | |

This matter having come before the Court upon the Defendant's motion for reconsideration of the court's denial of his motion to suppress [Docket Item 25]; the Court having considered the submissions of the parties and the evidence adduced at the hearings on February 22, 2012 and February 29, 2012 and in supplemental submissions of counsel; for the reasons explained in the Opinion of today's date; and for good cause shown;

IT IS this __**20th**__ day of **April, 2012** hereby

ORDERED that the court has GRANTED the Defendant's motion for reconsideration [Docket Item 25]; and it is further

ORDERED that, upon reconsideration, the Defendant's motion to suppress will again be DENIED.

                                   **s/ Jerome B. Simandle**
                                   JEROME B. SIMANDLE
                                   Chief U.S. District Judge